No. 74–6679.  KAYE v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 74–6681.  GRAVES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–6685.  JOHNSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–6687.  HUTCHERSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–6688.  BIRCH v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 74–6689.  ALLRED v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 74–6690.  STEWART ET AL. v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 74–6693.  McCORMICK v. LILLY ET UX.  C. A. 10th Cir.  Certiorari denied.

No. 74–6694.  CLEMONS v. INDIANA.  Ct. App. Ind. Certiorari denied.

No. 74–6695.  BLANK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–6696.  McCRAY v. SULLIVAN, CORRECTIONS COMMISSIONER.  C. A. 5th Cir.  Certiorari denied.